Rosemary M. Rivas (State Bar No. 209147)
rrivas@finkelsteinthompson.com
Mark Punzalan (State Bar No. 247599)
mpunzalan@finkelsteinthompson.com
Tracy Tien (State Bar No. 253930)
ttien@finkelsteinthompson.com
**FINKELSTEIN THOMPSON LLP**
100 Bush Street, Suite 1450
San Francisco, CA 94104
Telephone: (415) 398-8700
Facsimile: (415) 398-8704

*Counsel for Plaintiffs Todd Densmore and Antal Herz*

[Additional Counsel Listed on Signature Page]

E-Filed 5/20/10

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY VENTURA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SONY COMPUTER ENTERTAINMENT AMERICA, INC.,<br><br>Defendant. | Case No. 10-CV-1811 EMC<br><br>[~~PROPOSED~~] ORDER RELATING CASES<br><br>The Honorable Edward M. Chen |
| This document also relates to:<br><br>TODD DENSMORE and ANTAL HERZ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SONY COMPUTER ENTERTAINMENT AMERICA, INC., a Delaware corporation,<br><br>Defendant. | Case No. 10-cv-1945 EDL<br><br>The Honorable Elizabeth D. Laporte |

| | |
|---|---|
| This document also relates to:<br><br>JASON BAKER, SEAN BOSQUETT, FRANK BACHMAN, PAUL GRAHAM, and PAUL VANNATTA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SONY COMPUTER ENTERTAINMENT AMERICA, LLC successor to SONY COMPUTER ENTERTAINMENT AMERICA, INC.<br><br>Defendant. | Case No. 10-cv-1897 SC<br><br>The Honorable Samuel Conti |
| This document also relates to:<br><br>KEITH WRIGHT, on behalf of himself and all others similarly situated,<br><br>Plaintiff(s),<br><br>v.<br><br>SONY COMPUTER ENTERTAINMENT AMERICA INC.; and SONY COMPUTER ENTERTAINMENT AMERICA, LLC.<br><br>Defendants. | Case No. 10-cv-1975 JL<br><br>The Honorable James Larson |

2

[PROPOSED] ORDER RELATING CASES
CASE NO. 10-CV-1811 EMC

1 | On May 17, 2010, Plaintiffs Todd Densmore and Antal Herz filed an Administrative Motion to Consider Whether Cases Should Be Related, pursuant to Local Civil Rule 3-12.

The Court having considered the papers and pleadings on file, and good cause appearing, hereby GRANTS Plaintiffs' Administrative Motion to Consider Whether Cases Should Be Related.

It is hereby ordered that the following cases be related to Ventura:

1. *Densmore, et al., v. Sony Computer Entertainment America, Inc.*, Case No. 10-cv-1945 EDL,
2. *Baker, et al., v. Sony Computer Entertainment LLC*, Case No. 10-cv-1897 SC, and
3. *Wright v. Sony Computer Entertainment America Inc. et al.*, Case No. 10-cv-1975 JL.

**IT IS SO ORDERED.**

Dated: 5-20-10

The Honorable ~~Edward M. Chen~~ RICHARD SEEBURGH
United States ~~Magistrate Judge~~ District Judge